# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0061, A22A0163. James Boyd v. Ruby Chester et al.; and vice versa.**

We granted James Boyd's application for interlocutory review of the trial court's order denying his motion to enforce a settlement agreement. After careful review of the entire record, we conclude that the application for interlocutory appeal was improvidently granted, and it is ordered that the appeal in Case No. A22A0061 is hereby dismissed. Chester's cross-appeal in Case No. A22A0163 is hereby dismissed as moot.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  06/21/2022*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*